**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
ANNA M. MARTIN - State Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**DELFINO, GREEN & GREEN**
WILLIAM GREEN - State Bar No. 129816
1010 B Street, Ste 320
San Rafael, CA 94901
Telephone (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for Plaintiff
HELENA F. D'ALESSIO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| HELENA F. D'ALESSIO, | ) CASE NO. C 05-03550 SI |
| Plaintiff, | ) |
| vs. | ) STIPULATION IN SUPPORT OF STAY AND |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a corporation, | ) [PROPOSED] ORDER THEREON |
| Defendant. | ) |

Plaintiff HELENA F. D'ALESSIO and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA (referred to herein as "plaintiff" and "defendant"), by and through their respective attorneys, hereby stipulate to stay this matter for 60 days so that plaintiff may complete her appeal of her claim for long term disability benefits and the parties can engage in settlement negotiations. Plaintiff completed the appeal of her claim for short term disability benefits and will appeal her claim for long term disability benefits.

-1-
STIPULATION TO STAY PROCEEDINGS
AND ORDER THEREON                                        CASE NO. C 05-03550 SI

Defendant has advised plaintiff that it will review her claim on appeal. The parties also intend to engage in settlement negotiations and will schedule private mediation if informal negotiations are unsuccessful. As such, the parties request that the matter be stayed and that the Case Management Conference scheduled for January 6, 2006 be continued for a period of 60 days.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has signed this document; and (3) the signed document is available for inspection upon request.

SO STIPULATED.

Respectfully submitted,

DELFINO, GREEN & GREEN

DATED: October 24, 2005  By:  /s/ WILLIAM GREEN
WILLIAM GREEN
Attorneys for Plaintiff
HELENA F. D'ALESSIO

RIMAC & MARTIN, P.C.

DATED: October 24, 2005  By:  /s/ ANNA M. MARTIN
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

-2-
STIPULATION TO STAY PROCEEDINGS
AND ORDER THEREON                                          CASE NO. C 05-03550 SI

## ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED that this matter be, and hereby is, STAYED to allow the parties to pursue an alternative to litigation through the administrative appeals process and pursue settlement negotiations.

IT IS FURTHER ORDERED that the Case Management Conference in this matter, scheduled for January 6, 2006, be continued 60 days to March 3, 2006.

**SO ORDERED.**

DATED: _____ _____

GRANTED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

STIPULATION TO STAY PROCEEDINGS
AND ORDER THEREON                                           CASE NO. C 05-03550 SI