1  **RIMAC & MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   amartin@rimacmartin.com
3  1051 Divisadero Street
   San Francisco, California 94115
4  Telephone (415) 561-8440
   Facsimile (415) 561-8430
5

6  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA

7  **DELFINO, GREEN & GREEN**
   WILLIAM GREEN - State Bar No. 129816
8  1010 B Street, Ste 320
   San Rafael, CA 94901
9  Telephone (415) 442-4646
   Facsimile: (415) 442-4802
10

11 Attorneys for Plaintiff
   HELENA F. D'ALESSIO

12

13              **UNITED STATES DISTRICT COURT**

14             **FOR THE NORTHERN OF CALIFORNIA**

15

16                                              **E-FILING**

17 HELENA F. D'ALESSIO,             )
                                    ) **CASE NO. C 05-03550 SI**
18            Plaintiff,            )
                                    ) **STIPULATION OF DISMISSAL**
19     vs.                          ) **WITH PREJUDICE AND**
                                    ) **[PROPOSED] ORDER THEREON**
20 UNUM LIFE INSURANCE COMPANY OF   )
   AMERICA, a corporation,          )
21                                  )
                                    )
22            Defendant.            )
   _____  )

23     IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff

24 HELENA F. D'ALESSIO and defendant UNUM LIFE INSURANCE COMPANY OF

25 AMERICA, through their designated counsel, that the above-captioned action be and hereby is

26 dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

27     Each party shall bear its own costs and attorneys' fees in this action.

28

-1-
**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AND ORDER THEREON**                                    **CASE NO. C 05-03550 SI**

1  Pursuant to local rules, this document is being electronically filed through the Court's
2  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
3  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
4  signed this document; and (3) the signed document is available for inspection upon request.
5  SO STIPULATED.

DELFINO, GREEN & GREEN

DATED:  December 15, 2005        By:     /s/ WILLIAM GREEN
                                         WILLIAM GREEN
                                         Attorneys for Plaintiff
                                         HELENA F. D'ALESSIO

RIMAC & MARTIN, P.C.

DATED:  December 15, 2005        By:     /s/  ANNA M. MARTIN
                                         ANNA M. MARTIN
                                         Attorneys for Defendant
                                         UNUM LIFE INSURANCE COMPANY OF
                                         AMERICA

**ORDER**

**SO ORDERED.**

DATED: _____    _____
                                 UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE
AND ORDER THEREON                                    CASE NO.  C 05-03550 SI